UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>ENRIQUE MARQUEZ-LOPEZ,<br><br>　　　　　　　　　　Defendant. | Case No. 20cr1206-MMA<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO WITHDRAW GUILTY PLEA**<br><br>[Doc. No. 30] |

　　　Defendant Enrique Marquez-Lopez is charged in a single-count Information with importing approximately .50 kilograms (1.10 pounds) of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidiny] propanamide (Fentanyl), in violation of Title 21, United States Code, sections 952 and 960. *See* Doc. No. 21. On May 19, 2020, Defendant pleaded guilty to the charge. *See* Doc. No. 22. This Court accepted Defendant's guilty plea. *See* Doc. No. 26. Defendant now moves to withdraw the plea of guilty pursuant to Federal Rule of Criminal Procedure 11. *See* Doc. No. 30. The government does not oppose the motion.

　　　A district court may permit a defendant to withdraw an accepted guilty plea before sentencing if "the defendant can show a fair and just reason for requesting the withdrawal." Fed. R. Crim. P. 11(d)(2)(B). The defendant has the burden of

1 demonstrating a fair and just reason for withdrawal of the plea, *see id.*; however,
2 the standard is applied liberally. *See United States v. Nagra*, 147 F.3d 875, 880
3 (9th Cir. 1998); *see also United States v. Signori*, 844 F.2d 635, 637 (9th Cir.
4 1988) (stating that a motion to withdraw a plea pre-sentence should be "freely
5 allowed"). "Fair and just reasons for withdrawal include inadequate Rule 11 plea
6 colloquies, newly discovered evidence, intervening circumstances, or any other
7 reason for withdrawing the plea that did not exist when the defendant entered his
8 plea." *United States v. Ortega-Ascanio*, 376 F.3d 879, 883 (9th Cir. 2004).

Here, Defendant seeks to withdraw his previously entered plea of guilty based on post-plea developments, to wit, subsequent testing which revealed the controlled substance at issue to be heroin. *See* Def. Ex. 1. The Court finds that these circumstances constitute a "fair and just reason" for withdrawal of Defendant's guilty plea.

Accordingly, the Court **GRANTS** Defendant's motion.

**IT IS SO ORDERED**.

DATE: August 14, 2020

_____
HON. MICHAEL M. ANELLO
United States District Judge